# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    **Plaintiff,**

  v.                                    Case No. 18-CR-130

MARK WOGSLAND

    **Defendant.**

## ORDER APPROVING THE LISTING FOR SALE OF CERTAIN REAL PROPERTY

Defendant, Mark Wogsland, by his counsel Vedder Price P.C., has moved this Court seeking approval to list for sale and to enter into a transaction to sell a parcel of approximately 131 acres of undeveloped real property located along Highway 131 in Clayton, Wisconsin ("the Property"). Having reviewed Defendant's Motion for Approval To List for Sale and To Sell Certain Real Property (Docket # 29), and being advised that the government does not object to the relief Defendant Wogsland seeks in the Motion, therefore,

**IT IS SO ORDERED** that Wogsland is approved to list the Property for sale, to take all necessary steps to complete such sale, and to enter into a transaction to sell the Property.

Dated at Milwaukee, Wisconsin this 30th day of August, 2018.

                                                  BY THE COURT

                                                  *s/Nancy Joseph*
                                                  NANCY JOSEPH
                                                  United States Magistrate Judge