**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 18 CR 130** |
| | ) | |
| **MARK WOGSLAND** | ) | |

## VERDICT

We, the jury find as follows with respect to the charges against the defendant, MARK WOGSLAND:

| | NOT GUILTY | GUILTY |
|---|---|---|
| COUNT ONE: | ☒ | ☐ |
| COUNT TWO: | ☒ | ☐ |
| COUNT THREE: | ☒ | ☐ |
| COUNT FOUR: | ☒ | ☐ |
| COUNT SIX: | ☒ | ☐ |
| COUNT SEVEN: | ☒ | ☐ |
| COUNT TEN: | ☒ | ☐ |
| COUNT ELEVEN: | ☒ | ☐ |
| COUNT TWELVE: | ☒ | ☐ |
| COUNT THIRTEEN: | ☒ | ☐ |
| COUNT FOURTEEN | ☒ | ☐ |
| COUNT FIFTEEN: | ☒ | ☐ |
| COUNT SIXTEEN: | ☒ | ☐ |
| COUNT NINETEEN: | ☒ | ☐ |

PRESIDING JUROR

52

Date: ___7-29___, 2021