# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

V.

MARK WOGSLAND

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   18-CR-130

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Matthew Kennelly, District Judge
Name and Title of Judge

7/29/2021
Date